# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

Case No.  11-04783-jw

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

_____

**FILED BY THE COURT**
**02/13/2015**



*signed:* John E. Waites

US Bankruptcy Judge
District of South Carolina

Entered: 02/13/2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-04783-jw |
| Proujan, David Alan ) | |
| Last Four Digits of SSN: 7707 ) | |
| Proujan, Amanda Grace ) | Chapter 13 |
| Last Four Digits of SSN: 4749 ) | |
| ) | |
| Debtors ) | |

**ORDER AUTHORIZING SALE OF ASSET**

This proceeding comes before the court on the Application of David Alan Proujan and Amanda Grace Proujan, Debtors herein, for authority to sell free and clear of liens the estate's interest in 2223 Branch Creek Drive, Mt. Pleasant, SC; TMS Number: 583-13-00-126.

The Court has been informed that all parties in interest have been notified of the intention to sell said property ("Notice of Sale"). No objections have been received or filed by any party in the office of the Clerk of this Court. The Debtors have represented to the court that such sale is in the best interest of creditors of the estate. The Debtors also have informed the Court that two mortgages are held against said property by Deutsche Bank National Trust Company and Chase. Chase has previously advised the Court that its mortgage has been satisfied. The claim of Deutsche Bank National Trust Company shall be satisfied from the sale proceeds. The ordinary closing costs borne by seller shall be paid upon the sale of said property, along with ad valorem taxes. It is therefore,

**ORDERED, ADJUDGED, AND DECREED**, that the debtors in possession are authorized to sell and to convey the estate's interest in the above described property, and that the lien claimed by Deutsche Bank National Trust Company shall be satisfied upon the sale of said property pursuant to short sale approval. Net proceeds, if available shall be tendered to the Chapter 13 Trustee, James M. Wyman. Any distribution to the Trustee shall be paid directly by the closing attorney, by sending payment to James M Wyman, Trustee, Post Office Box 110, Memphis, TN 38101-0110, to be disbursed pursuant to the Debtors' confirmed plan, with any balance remaining to the Debtors. A copy of the closing statement shall be provided to the Chapter 13 Trustee and the Debtors' attorney. Additionally, the debtors are directed to file a Report of Sale, regardless of whether the sale closes, within 60 days of the date of the entry of this Order. The debtors' attorney shall serve a copy of the Order of the Court on the closing agent via certified mail and will provide proof of such service. The authorization to sell pursuant to the terms of this Order shall expire sixty days after entry of this Order. The automatic 14 (fourteen) day stay shall not apply.